MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
KELLY M. PERRI, ESQ.
Nevada Bar No. 13220
kperri@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 2605 CATTRACK<br><br>Plaintiff,<br><br>vs.<br><br>SECRETARY OF HOUSING AND URBAN DEVELOPMENT; and ANGELICA CARRILLO<br><br>Defendants. | CASE NO.: 2:14-cv-00464-JAD-NJK |

**STIPULATION TO STAY TRANSFER OR SALE OF THE SUBJECT PROPERTY**

Plaintiff, Saticoy Bay LLC Series 2605 Cattrack, by and through it's Michael F. Bohn, Esq., and defendant, Secretary of Housing and Urban Development, by and through it's attorney, Troy Flake, Esq., hereby stipulate as follows:

1. That Secretary of Housing and Urban Development will not foreclose upon, and Plaintiff will not sell, transfer, assign, encumber or otherwise attempt to dispossess any interest, in the subject property, 2605 Cattrack Avenue, North Las Vegas, Nevada (APN: 124-25-412-114), during the pendency of this litigation, or without further order of this Court; and,

/ / /

/ / /

/ / /

1

2. That nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the parties.

DATED this  28th  day of April, 2014

| LAW OFFICES OF | UNITED STATES |
| MICHAEL F. BOHN, ESQ., LTD. | ATTORNEY |

By:  /s/ /Kelly M. Perri, Esq. /               By:     /s/ /Troy K. Flake, Esq. /
    Michael F. Bohn, Esq.                                   Troy K. Flake, Esq.
    Kelly M. Perri, Esq.                                     333 Las Vegas Boulevard S., Ste. 5000
    376 E. Warm Springs Road, Ste. 140     Las Vegas, Nevada 89101
    Las Vegas, Nevada 89119                       Attorney for Secretary of Housing and Urban
    Attorney for Saticoy Bay LLC                 Development
    Series 2605 Cattrack

IT IS SO ORDERED  this ___ day of April, 2014

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

BY:  /s/ /Kelly M. Perri, Esq. /
    MICHAEL F. BOHN, ESQ.
    KELLY M. PERRI, ESQ.
    376 East Warm Springs Road, Ste. 140
    Las Vegas, Nevada 89119
    Attorney for plaintiffs