MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
GERALD L. TAN, ESQ.
Nevada Bar No.: 13596
gtan@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 2605 CATTRACK<br><br>Plaintiff,<br><br>vs.<br><br>SECRETARY OF HOUSING AND URBAN DEVELOPMENT; and ANGELICA CARRILLO<br><br>Defendants. | CASE NO.: 2:14-cv-00464-JAD-NJK |

## **PLAINTIFFS STATUS REPORT**

Pursuant to the Court's Minute Order, plaintiff, Saticoy Bay LLC Series 2605 Cattrack submits the following status report.

1. Plaintiff filed a complaint and an ex parte motion for temporary restraining order or alternatively for an order to show cause why a preliminary injunction should not issue in the Eighth Judicial District Court of Nevada on March 20, 2014.

2. Plaintiff filed an amended complaint on March 21, 2014.

3. The state court judge issued a temporary restraining order on March 25, 2014 and scheduled a preliminary injunction hearing for April 4, 2014.

4. Defendant Secretary of Housing and Urban Development filed a notice of removal to the Federal District of Nevada on March 27, 2014.

5. The parties stipulated to stay any proposed foreclosure sale on April 29, 2014.

1

1          6. On January 21, 2015, the U.S. Attorney filed a disclaimer that the Housing and Urban
2 Development was disclaiming all interest in the property that is the subject of the litigation.
3 parties.
4          7. At this point, counsel for plaintiff is unaware if the trust deed in question has been assigned
5 to another entity and where the litigation should proceed.
6          8. It was the defendant Housing and Urban Development that removed this case to federal court.
7 In light of the fact the defendant disclaimed interest in the property it is respectfully submitted that it
8 would be proper to remand the case back to state court.
9          DATED this 13th  day of  March, 2015

                                        LAW OFFICES OF
                                        MICHAEL F. BOHN, ESQ., LTD.


                                        By: /s/ /Michael F. Bohn, Esq.  /
                                           MICHAEL F. BOHN, ESQ.
                                           376 Warm Springs Road, Ste. 140
                                           Las Vegas, Nevada 89119
                                             Attorneys for plaintiff

2